IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

MARGARET HAYES )
)
v. ) NO. 3:05-0029
) JUDGE CAMPBELL
JOHN E. POTTER )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge dated June 9, 2005 (Docket No. 23) and Plaintiff's objections thereto (Docket Nos. 24-25). The Court has reviewed the Magistrate Judge's findings, the objections, and the record.

The Plaintiff's objections are OVERRULED, and the Report and Recommendation is ADOPTED and APPROVED. Accordingly, Defendant's Motion for Summary Judgment (Docket No. 4) is GRANTED, and this action is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE